930 A.2d 1251

**HSP GAMING, L.P., Petitioner,**

v.

**CITY COUNCIL FOR the CITY OF PHILADELPHIA, Patricia Rafferty, in her Official Capacity as the Clerk of City Council for the City of Philadelphia, the Philadelphia Board of Elections, the City of Philadelphia, the Honorable Nelson Diaz, in his official capacity as an acting Philadelphia City Commissioner, the Honorable Paul Jaffe, in his official capacity as an acting Philadelphia Commissioner, the Honorable Gene Cohen, in his official capacity as an acting Philadelphia City Commissioner, Respondents.**

**No. 57 EM 2007.**

Supreme Court of Pennsylvania.

Aug. 3, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of August, 2007, it is hereby ordered that the Emergency Petition for Review Filed by HSP Gaming, L.P. as to the Ordinance Passed by City Council for the City of Philadelphia on March 29, 2007 is dismissed as moot. It is also hereby ordered that the Emergency Application for an Injunction Pending Action on Petition for Review is dismissed as moot.